

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD McKINNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 6850 |
| | ) | |
| POLICE SUPERINTENDENT, PHILIP | ) | |
| CLINE, CHICAGO POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff was arrested in 1995 and was convicted on one DUI-related charge, but acquitted on another. Apparently he misunderstood what he was supposed to do and that led to a subsequent arrest in 1998. That past history appears to have present consequences -- he cannot get a driver's license. He wishes therefore to change that past history, but that he cannot do. Defendant moves to dismiss since the conduct of which plaintiff complains occurred seven years before plaintiff filed his complaint. That is long after the expiration of the two-year statute of limitations. The motion is granted.

James B. Moran

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 1 , 2006.